# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00070-CV

**Public Utility Commission of Texas, Texas Industrial Energy Consumers, and City of Amarillo, Appellants // Southwestern Public Service Company, Cross-Appellant**

**v.**

**Southwestern Public Service Company, Appellee // Public Utility Commission of Texas, Texas Industrial Energy Consumers, and City of Amarillo, Cross-Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
## NO. D-1-GN-07-000541, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to abate, stating that they have settled their disputes but that they need time to finalize the settlement. We grant the motion and abate the appeal for 150 days, until August 10, 2009. The parties are requested to file a status report no later than July 31, 2009, informing this Court of the status of settlement proceedings and, if necessary, asking that the abatement be extended beyond August 10.

_____

David Puryear,  Justice

Before Chief Justice Jones, Justices Puryear and Henson

Abated

Filed:  March 13, 2009